# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2009

137622

GARY SCHMITT,
        Plaintiff-Appellee,

v

GILL INDUSTRIES, INC. and ACCIDENT
FUND INSURANCE COMPANY OF
AMERICA,
        Defendants-Appellants.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 137622
COA: 284740
WCAC: 06-000287

      On order of the Court, the application for leave to appeal the September 26, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2009

_____
Clerk

0120